FILED'07 APR 04 13:48USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

GARY BALL  CV# 06-124-KI

    Plaintiff,

vs.  ~~PROPOSED~~ ORDER ATTORNEY FEES

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,288.00 and costs in the amount of $250.00 are awarded to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 4 day of April, 2007.

                        Garr M. King
                        United States District Judge

Presented by:

s/ MERRILL SCHNEIDER
Attorney for Plaintiff
(503) 255-9092

ORDER – [06-124-KI]
Page 1